Same case below, 227 Or. App. 289, 205 P.3d 890.

**No. 09-9959. Inestin Petit-Homme, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.**

560 U.S. 955, 130 S. Ct. 3393, 177 L. Ed. 2d 307, 2010 U.S. LEXIS 4677.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-9965. M. Norman Hammerlord, Petitioner v. City of San Diego, California, et al.**

560 U.S. 955, 130 S. Ct. 3393, 177 L. Ed. 2d 307, 2010 U.S. LEXIS 4683.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-9969. Colin Kelly Kaufman, Petitioner v. Texas.**

560 U.S. 955, 130 S. Ct. 3393, 177 L. Ed. 2d 307, 2010 U.S. LEXIS 4591,

June 7, 2010. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

**No. 09-9970. Ramesh K. Swamynathan, Petitioner v. Illinois.**

560 U.S. 955, 130 S. Ct. 3393, 177 L. Ed. 2d 307, 2010 U.S. LEXIS 4633.

June 7, 2010. Petition for writ of certiorari to the Supreme Court of Illinois denied.

Same case below, 236 Ill. 2d 103, 337 Ill. Dec. 717, 923 N.E.2d 276.

**No. 09-9973. Elie Amar, Petitioner v. Hillcrest Jewish Center.**

560 U.S. 955, 130 S. Ct. 3394, 177 L. Ed. 2d 307, 2010 U.S. LEXIS 4685.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 09-9974. Darrell Artis, Petitioner v. Burl Cain, Warden.**

560 U.S. 955, 130 S. Ct. 3394, 177 L. Ed. 2d 307, 2010 U.S. LEXIS 4681.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-9980. Juliette Maria Dixon, Petitioner v. Gene M. Johnson, Director, Virginia Department of Corrections.**

560 U.S. 955, 130 S. Ct. 3394, 177 L. Ed. 2d 307, 2010 U.S. LEXIS 4690.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 332 Fed. Appx. 819.